# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2023 KW 0433

VERSUS

KENNETH WAYNE WHITMORE

**JULY 28, 2023**

---

In Re:     State of Louisiana, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 05-75-8614.

---

**BEFORE:     HOLDRIDGE, CHUTZ, AND PENZATO, JJ.**

**WRIT APPLICATION TRANSFERRED** to the Louisiana Supreme Court, which has exclusive supervisory jurisdiction of all criminal writ applications relating to convictions and sentences imposed prior to July 1, 1982. See La. Const. art. V, § 5(E).

**GH**
**WRC**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT